UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MAURIO ALEXIS | CIVIL ACTION |
| VERSUS | NO. 23-5013 |
| TIMOTHY HOOPER, WARDEN | SECTION "D" (2) |

**ORDER AND REASONS**

On August 30 and 31, 2023, Maurio Alexis, through counsel, submitted a 95-page memorandum petition for issuance of a writ of habeas corpus pursuant to 28 U.S.C. § 2254 (ECF No. 1), an amended form petition as required by the Rules Governing Section 2254 Cases (ECF No. 11), and 1,398 pages of exhibits (ECF Nos. 2 through 9) challenging his 1996 conviction in St. John the Baptist Parish for second degree murder.  Alexis, through counsel, has now filed an "Ex Parte Motion to Correct Procedural History," seeking to correct erroneous information included in the memorandum petition at pages 38-39, 40, 78, 79, 88-89.  ECF No. 16.  Specifically, Alexis claims that in this initial pleading, counsel erroneously indicated that Alexis made a pro se state court filing in 2002 which was actually made in 2001.  He attaches to the motion 108 pages of exhibits to support this "correction" to the filing date of the state court pleading.

Although filed by counsel, Alexis cites no law or any basis for this court's authority to grant him the relief he seeks, *i.e.* acknowledgement of correction to the procedural history outlined in his counsel-filed pleadings.  He does not request leave of court to amend his pleadings in accordance with Fed. R. Civ. Proc. 15 or Local Rule 7.6; he simply asks the court to take note of the correction.  He presents another 108 pages of exhibits but offers no proposed amendment to his memorandum petition to be properly served upon the respondent.  In other words, Alexis merely requests that the court recognize, in the abstract, a correction to a date that counsel

misstated in the original pleading. Such a request is not a proper means of pleading a claim or amending a petition. For these reasons, the motion as presented by counsel must be denied. Accordingly,

**IT IS ORDERED** that Alexis's Motion to Correct Procedural History (ECF No. 16) is **DENIED** without prejudice.

New Orleans, Louisiana, this  5th  day of September, 2023.

_____
**DONNA PHILLIPS CURRAULT**
**UNITED STATES MAGISTRATE JUDGE**